No. 841. Dan Kovoloff, Petitioner, *v.* The United States.  December 2, 1912.  Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* and *Mr. John F. Geeting* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.